01

02

03

04

05                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
06                                      AT SEATTLE

07

UNITED STATES OF AMERICA,            )
08                                   )
                Plaintiff,           )    Case No. 06-152M
09                                   )
        v.                           )
10                                   )
MICHAEL COYNER,                      )    DETENTION ORDER
11                                   )
                Defendant.           )
12  _____  )

13  <u>Offenses charged</u>:

14      Count 1, 2, and 4:  Distribution of Methamphetamine in violation of 21 U.S.C. §§

15  841(a)(1), and 841(b)(1)(B).

16      Count 3:  Distribution of Ecstacy in violation of 21 U.S.C. §§ 841(a)(1) and

17  841(b)(1)(C).

18      Count 5:  Distribution of Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1) and

19  841(b)(1)(B).

20  <u>Date of Detention Hearing</u>:   April 11, 2006

21      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

22  based upon the factual findings and statement of reasons for detention hereafter set forth,

23  finds the following:

24      <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

25      (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that

26  defendant is a flight risk and a danger to the community based on the nature of the pending

01 | charges.

02 |     (2)    Defendant's background history check reveals a lengthy criminal record.

03 |     (3)    Defendant has had past substance-abuse problems, and it appears that those

04 | problems are ongoing.

05 |     (4)    Defendant has failed to appear in court on at least seven (7) separate

06 | occasions.

07 |     (5)    There are no conditions or combination of conditions, other than detention,

08 | that will reasonably assure the appearance of defendant as required, or the safety of the

09 | community.

10 |     IT IS THEREFORE ORDERED:

11 |     (1)    Defendant shall be detained pending trial and committed to the custody of the

12 | Attorney General for confinement in a correction facility separate, to the

13 | extent practicable, from persons awaiting or serving sentences or being held in

14 | custody pending appeal;

15 |     (2)    Defendant shall be afforded reasonable opportunity for private consultation

16 | with counsel;

17 |     (3)    On order of a court of the United States or on request of an attorney for the

18 | government, the person in charge of the corrections facility in which

19 | defendant is confined shall deliver the defendant to a United States Marshal

20 | for the purpose of an appearance in connection with a court proceeding; and

21 |     (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

22 | counsel for the defendant, to the United States Marshal, and to the United

23 | States Pretrial Services Officer.

24 |     DATED this 11th day of April, 2006.

25 | *James P. Donohue*

26 | JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 2

15.13
Rev. 1/91